IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR409-54 |
| | ) | |
| YOLANDA PRIETO MIRANDA | ) | |

## ORDER APPOINTING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

**IT IS ORDERED** that Wilfrido Chavez, a certified or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $185.00 for a full day and $102.00 for a half day for each appearance. Any claim for overtime shall be paid at the rate of $32.00 per hour. Claims for compensation shall be made on Form AO322. These forms shall be furnished by the Clerk.

**SO ORDERED** this 30th day of November, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA