INTERPRETER'S REPORT OF SERVICES AND
CLAIM FOR COMPENSATION AND EXPENSES

TO: Clerk of Court for the
Southern District of Georgia

DATE 11/30/09

I request payment be made for interpreter services performed before:

Hon. William T. Moore, Jr.
Chief Judge, United States District Court
(Name and Title of Presiding Judicial Officer)

In the case of:
U.S.A. vs YOLANDA P. MIRANDA

CR409-54-1
(Civil/Criminal Case Number)

PAYEE's NAME: Wilfrido Chavez
ADDRESS: 114 Bull St
CITY, STATE, ZIP: Savannah GA 31401
TAX PAYER IDENTIFICATION NUMBER: 549793600
HOME TELEPHONE: (912) 2726833
OFFICE TELEPHONE: (912) 2365860

Itemization of Services and Costs:

| Date(s) | Number of Hours / Days | Cost Per Hour / Day | Total Compensation | Other Costs (Including travel)* | Total Cost |
|---|---|---|---|---|---|
| 11/30/09 | 1/2 day | | 102 | | |

TOTAL AMOUNT CERTIFIED FOR PAYMENT : $ 102

The following information is provided in support of the above services:

Type of interpretation Provided:
☐ Simultaneous
☐ Consecutive
☐ Summary

Interpreter is:
☐ Certified
☐ Non-Certified
☐ AO-Certified
(Spanish, Navajo, Haitian Creole)**

Nature of Proceeding:
☐ Initial appearance
☐ Preliminary hearing
☐ Arraignment
☐ Trial
☐ Pretrial service officer interview
☐ Probation officer interview
☒ Sentencing
☐ Other _____

Person Furnished Services:
☐ Defendant
☐ Witness
☐ Other _____

Foreign Language(s):
SPANISH

Check if:
☐ Hearing/Speech Impaired

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on 11/30/09
(Date)

Wilfrido S. Chavez
(Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY Nov. 30, 2009
(Date)

(Signature)
Hon. William T. Moore, Jr.
Chief Judge, United States District Court
(Name and Title of Presiding Judicial Officer)

*Itemize on seperate sheet of paper and attach to this form with appropriate receipt.
RATES SET BY THE DIRECTOR EFFECTIVE APRIL 1, 2009:
** CERTIFIED and PROFESSIONALLY QUALIFIED INTERPRETERS
  Full Day: $384
  Half Day: $208
  Overtime: $54 per hour or part thereof

LANGUAGE SKILLED (NON-CERTIFIED) INTERPRETERS)
  Full Day: $185
  Half Day: $102
  Overtime: $32 per hour or part thereof